UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:22-cr-00 |
| | ) | |
| JESSICA TURCOTTE | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
False Statements Made to Federal Firearms Licensees
(18 U.S.C. § 924(a)(1)(A))

On about December 20, December 28, and December 30, 2021, in the District of Maine, the defendant,

**JESSICA TURCOTTE,**

knowingly made false statements and representations to Federal Firearms Licensees ("FFLs") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFLs' records. Specifically, the defendant executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transaction Records, in connection with her purchase and attempted purchase of firearms as follows:

| FFL & Location | Execution Date | Purchase Date | Firearm Details |
|---|---|---|---|
| FFL 1, Farmington, ME | Dec. 20, 2021 | Not Purchased | Taurus, model G2C, 9mm pistol, serial number ACM592769 |
| FFL 2, Turner, ME | Dec. 28, 2021 | Not Purchased | Glock, model 23, .40 caliber pistol, serial number BVD048 |
| FFL 2, Turner, ME | Dec. 30, 2021 | Dec. 30, 2021 | Glock, model 19, 9mm pistol, serial number BUPC680 |

In each Form 4473, the defendant misrepresented as true, correct, and complete in Section B, Box 21.e, that she was not an unlawful user of, or addicted to, any controlled substance, when in

fact, the defendant was then an unlawful user of cocaine base, a Schedule II controlled substance.

Thus, the defendant violated Title 18, United States Code, Section 924(a)(1)(A).

Dated: August 11, 2022

/s/ ANDREW K. LIZOTTE
ANDREW K. LIZOTTE
Assistant United States Attorney