## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | Case No.: 1:22-CR-00097-JAW |
| ) | |
| **JESSICA TURCOTTE** ) | |

### UNOPPOSED MOTION TO ENLARGE DEADLINE TO OBJECT TO PSR

NOW COMES the Defendant, Jessica Turcotte, by and through her Undersigned Counsel, and hereby requests that this Honorable Court enlarge the time to file responses/objections to the PSR, and in support thereof states as follows:

1. Probation filed the PSR in this matter on December 6, 2022.

2. The Defense is in need of additional time to review the PSR and lodge any objections/replies. For this reason, the Defense is requesting that the deadline be enlarged 14 days to January 3, 2023.

3. The Government does not object to this motion.

WHEREFORE, the Defense respectfully requests this Honorable Court grant this motion in all respects.

Respectfully submitted,

Dated: December 20, 2022    /s/ Scott Hess
Scott Hess, Esq., BBO #4508
Attorney for the Defendant
Law Office of Scott F. Hess
114 State Street, Augusta, ME 04330
(207) 430-8079
Scott@hesslawme.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2022, I filed the foregoing Unopposed Motion to Enlarge Deadlines to File Objections to the Presentence Investigation Report using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

      /s/ Scott Hess
      Scott Hess, Esq., BBO #4508
      Attorney for the Defendant
      Law Office of Scott F. Hess
      114 State Street
      Augusta, ME 04330
      (207) 430-8079
      Scott@hesslawme.com