UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Case No.: 1:22-CR-00097-JAW |
| ) | |
| JESSICA TURCOTTE   ) | |

**DEFENDANT'S UPDATED SENTENCING MEMORANDUM**

NOW COMES the Defendant, Jessica Turcotte, by and through her Undersigned Counsel, and hereby submits this updated sentencing memorandum to the Court as an aid for sentencing:

Prior to her absconding, there were many facts that supported a fully probated sentence. Some, but not all, of those facts are outlined in the Defendant's original Sentencing Memorandum. Absconding from probation is clearly a fact that the Court will appropriately consider as a significant aggravating factor.

This aggravating factor exists in parallel with compelling mitigating factors. Subsequent information provided by Jessica, and confirmed through verifiable sources, indicates that since March of 2023, Jessica has engaged in a remarkable journey of self-rehabilitation. She was able to obtain and maintain sobriety, even in the face of the tragic death of her 16-year-old son who was killed in a car crash November 18, 2023. She worked hard on self-help, including her

1

mental health. She had periods of gainful employment. She found stability after hitting rock bottom. The Revised PSR reflects many of these changes and events.

It will also be apparent at sentencing that Jessica has made real and meaningful changes in her life. The Defense has filed Exhibits 1-9 by email as required. These are letters and emails of support written by Jessica's friends and family. They include letters from people who have known her all her life, as well as people who have known her for only a few months. This small village standing behind Jessica today is in stark contrast to Jessica's support system last March.

The facts in this case are counterintuitive. On the one hand, Jessica violated the conditions of her supervised release. Her whereabouts were unknown for almost a year. Most would have predicted Jessica would have continued to use substances and likely commit more crimes, or die from an overdose. To the contrary, she made a commitment to get clean and start rebuilding her life and took concrete steps to follow through.

The Defense is requesting the Court consider a sentence of incarceration of 35 days, and three years of supervised release. It is not lost upon the Defense that such a suggestion will appear extraordinary under the circumstances. The Defense anticipates the information presented to the Court at sentencing will support its recommendation.

                                                  Respectfully submitted,

Dated: March 6, 2024                    /s/ Scott Hess
                                                  Scott Hess, Esq., BBO #004508
                                                  Attorney for the Defendant
                                                  Law Office of Scott Hess
                                                  114 State Street
                                                  Augusta, ME 04330
                                                  (207) 430-8079
                                                  Scott@hesslawme.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2024, I filed the foregoing Defendant's Sentencing Memorandum using the Court's CM/ECF system, which will cause a copy of the memorandum to be sent to all counsel of record.

                                                  /s/ Scott Hess
                                                  Scott Hess, Esq., BBO #4508
                                                  Attorney for the Defendant
                                                  Law Office of Scott Hess
                                                  114 State Street
                                                  Augusta, ME 04330
                                                  (207) 430-8079
                                                  Scott@hesslawme.com