UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:22-CR-00097-JAW |
| | ) |
| JESSICA TURCOTTE | ) |

**DEFENDANT'S SUPPLEMENT TO HER UPDATED SENTENCING MEMORANDUM**

NOW COMES the Defendant, Jessica Turcotte, by and through her Undersigned Counsel, and hereby supplements her Updated Sentencing Memorandum as follows:

The Defendant waives argument she is entitled to a level reduction pursuant to USSG §3E1.1 and withdraws any objection to the contrary. *See Revised PSR* at ¶ 9B; *Amended Addendum* p. 23. The Defendant will address the circumstances surrounding her guilty plea as a § 3553(a) factor in the context of her request for a variant sentence.

Respectfully submitted,

Dated: March 11, 2024

/s/ Scott Hess
Scott Hess, Esq., BBO #004508
Attorney for the Defendant
Law Office of Scott Hess
114 State Street
Augusta, ME 04330
(207) 430-8079
Scott@hesslawme.com

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I filed the foregoing Defendant's Supplement to her Updated Sentencing Memorandum using the Court's CM/ECF system, which will cause a copy of the memorandum to be sent to all counsel of record.

/s/ Scott Hess
Scott Hess, Esq., BBO #4508
Attorney for the Defendant
Law Office of Scott Hess
114 State Street
Augusta, ME 04330
(207) 430-8079
Scott@hesslawme.com