UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Jessica Turcotte

DOCKET NO: 1:22-cr-00097-JAW

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1-13 | | Letters of Support | 3/13/24 | 3/13/24 | | 3/13/24 |
| | 14-16 | | Photographs | 3/13//24 | 3/13/24 | | 3/13/24 |
| | 17 | | ACT Certificate | 3/13/24 | 3/13/24 | | 3/13/24 |
| | 18 | | Sealed Document | 3/13/24 | 3/13/24 | | 3/13/24 |
| | 19 | | Sealed Document | 3/13/24 | 3/13/24 | | 3/13/24 |