## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA TURCOTTE | No. 1:22-cr-00097-JAW |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on March 13, 2024 has/have been satisfied and paid in full.

Dated: March 15, 2024                                   Respectfully Submitted,

DARCIE N. MCELWEE
United States Attorney


*/s/ Andrew K. Lizotte*
Civil Chief
Assistant U.S. Attorney
202 Harlow Street
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                    DARCIE N. MCELWEE
                                    United States Attorney

By:   */s/ Maria C. Bida*
        Paralegal Specialist on behalf of
        Andrew K. Lizotte
        Civil Chief
        Assistant U.S. Attorney
        202 Harlow Street
        Bangor, Maine 04401
        207-945-0373
        Andrew.Lizotte@usdoj.gov